UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEL B. STARKS,<br><br>      Plaintiff,<br><br>  v.<br><br>IRS,<br><br>      Defendant. | Case No. 25-cv-01301-JPG |

## MEMORANDUM AND ORDER

      This case is before the Court on its January 23, 2026, order to show cause (Doc. 6). In that order, the Court noted that there is no evidence in the record that service of process has been effected upon Defendant IRS within 90 days after the filing of the complaint, as prescribed by Federal Rule of Civil Procedure 4(m). The Court ordered Plaintiff Del Starks to show cause on or before February 23, 2026, why this case should not be dismissed without prejudice for failure to timely effect service. It warned Plaintiff that failure to respond in a timely manner would result in dismissal of this action. The deadline has passed, and Plaintiff has not filed a response nor asked for an extension. Accordingly, the Court DISMISSES this case without prejudice pursuant to Rule 4(m) and DIRECTS the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED**: **March 4, 2026**

                                                           s/ J. Phil Gilbert
                                                         **J. PHIL GILBERT**
                                                          **United States District Judge**