UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEL B. STARKS,<br><br>  Plaintiff,<br><br> v.<br><br>IRS,<br><br>  Defendant. | Case No. 25-cv-01301-JPG |

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to serve the defendant,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: March 4, 2026**       MONICA A. STUMP, Clerk of Court

                     s/Tina Gray, Deputy Clerk

**Approved:** s/ J. Phil Gilbert
      **J. PHIL GILBERT**
      **United States District Judge**